# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 3:17-cv-1087-J-32JBT

STEPHON B. MEADOWS,

    Defendant.

---

## **O R D E R**

This case is before the Court on the Plaintiff's Motion for Entry of Default Final Judgment (Doc. 8). On January 10, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 11) recommending that the motion (Doc. 8) be granted; the Court direct the Clerk of Court enter judgment in favor of Plaintiff United States of America, and against Defendant Stephon B. Meadows, 1611 Elsa Drive, Jacksonville, Florida 32218 in the sum of $10,684.41 [plus $0.71 in interest per day from the date of this Report and Recommendation to the date that judgment is entered]; find that post judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961; and direct the Clerk to terminate any pending motions and close the file.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 11), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 11) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Default Final Judgment (Doc. 8) is **GRANTED**.

3. The Clerk of Court shall enter judgment in favor of Plaintiff United States of America, and against Defendant Stephon B. Meadows, 1611 Elsa Drive, Jacksonville, Florida 32218 in the sum of $10,699.32.[1]

4. Post judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

5. The Clerk of Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 30th day of January, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

---

[1] The interest from January 10, 2018 through January 30, 2018 is $14.91 (21 days times $0.71). The judgment is $10,699.32 ($10,684.41 plus $14.91).

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record

Pro Se Defendant
Stephon B. Meadows
1611 Elsa Drive
Jacksonville, Florida 32218